

FILED

01/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0233

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0233

JOHN C. MILLER,

  Petitioner and Appellee,

v.

ERIN O. MILLER,

  Respondent and Appellant,

v.

CHRISTIAN F. MILLER,

  Intervenor and Appellee.

FILED

JAN 1 9 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellee's response brief filed on January 14, 2022, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 12(1)(d) requires that the statement of the facts contained in the brief reference the pages or parts of the record at which material facts appear. Appellee's statement of the facts contains no citations to the record.

M. R. App. P. 12(1)(e) requires a statement of the standard of review for each issue presented, together with a citation of authority.

Additionally, M.R. App. P. 12(1)(g) requires that the brief contain citations to the authorities, statutes, and pages of the record relied on in the argument. Appellee's brief fails to provide citations to legal authority, or to the record for any of the facts referenced throughout the argument section.

Although we liberally construe pro se pleadings and hold them to a less stringent standard than formal pleadings drafted by lawyers, without citations to legal authority or references to the record Appellee's response brief does not comply with the minimal requirements for filing. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellee shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellee shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to provide a true copy of this Order to the Appellee and to all parties of record.

DATED this 18th day of January, 2022.

For the Court,

By _____
Justice James Jeremiah Shea